PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN, SBN 133775
ASSISTANT UNITED STATES TRUSTEE
EVERETT L. GREEN, SBN 237936
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
3801 University Avenue, Suite 720
Riverside, CA 92501
Telephone:    (951) 276-6990
Facsimile:    (951) 276-6973
Email:    Everett.L.Green@usdoj.gov

**FILED & ENTERED**

**MAR 09 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** craig    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>PRADEEP SINGH and<br>RINDI P. SINGH,<br><br>        Debtors.<br><br>UNITED STATES TRUSTEE FOR THE CENTRAL DISTRICT OF CALIFORNIA, REGION 16,<br><br>        Plaintiff,<br><br>    v.<br><br>PRADEEP SINGH and<br>RINDI P. SINGH,<br><br>        Defendants. | Case No. 6:14-bk-19919-SC<br><br>Chapter 7<br><br>Adversary No. 6:15-ap-01008-SC<br><br><br>**ORDER APPROVING JOINT AMENDED PRE-TRIAL STIPULATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7016 AND LOCAL BANKRUPTCY RULE 7016-1**<br><br>**Pre-Trial Conference:**<br>Date:    January 18, 2017<br>Time:   1:30 p.m.<br>Place:  United States Bankruptcy Court<br>           Courtroom 5C<br>           411 W. Fourth Street<br>           Santa Ana, CA 92701 |

The Court held a pre-trial conference on January 18, 2017.

Everett L. Green, Esq., appeared on behalf of Plaintiff, the United States Trustee for the Central District of California, Region 16. M. Wayne Tucker appeared on behalf of Defendant, Pradeep Singh. Solomon A. Cheifer, Esq., appeared on behalf of Rindi P. Singh.

On March 8, 2017, the parties submitted an amended pre-trial stipulation, docket number 108 ("Amended Pre-Trial Stipulation").

For the reasons stated on the record, notice appearing proper, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that

1. The Amended Pre-Trial Stipulation is approved.
2. The trial shall begin on April 24, 2017 at 10:00 a.m.
3. The parties shall comply with the Court's procedures for trials and evidentiary hearings.

###

Date: March 9, 2017

Scott C. Clarkson
United States Bankruptcy Judge